Charles SMITH, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2008–7122.

United States Court of Appeals, Federal Circuit.

May 8, 2009.

Kenneth M. Carpenter, Carpenter, Chartered Topeka, KS, for Claimant–Appellant.

Scott D. Austin, Martie S. Adelman, Department of Justice, David J. Barrans, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

## ORDER

Upon consideration of the appellant's unopposed motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

RICHMOND AMERICAN HOMES OF COLORADO, INC., Metropolitan Development IV, LLC, Metropolitan Builders, Inc., Standard Pacific of Colorado, Inc., and Touchstone Homes, LLC, Plaintiffs–Appellees,

v.

UNITED STATES, Defendant–Appellant.

No. 2008–5103.

United States Court of Appeals, Federal Circuit.

May 8, 2009.

Hubert A. Farbes, Jr., Brownstein Hyatt & Farber, P.C., Denver, CO, for Plaintiffs–Appellees.

Kyle E. Chadwick, Department of Justice, Washington, DC, for Defendant–Appellant.

## ORDER

The United States moves to voluntarily dismiss its appeal due to settlement.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.